THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MARTIN EVISTON, Appellant.

First Department, June 23, 1930.

*Mitchell D. Schweitzer* of counsel [*Rubin & Schweitzer*, attorneys], for the appellant.

*Michael J. Driscoll, Deputy Assistant District Attorney*, of counsel [*Thomas C. T. Crain, District Attorney*], for the respondent.

SHERMAN, J. The evidence does not suffice to establish beyond a reasonable doubt that defendant was guilty of driving an automobile " while in an intoxicated condition " in violation of the Vehicle and Traffic Law, section 70, subdivision 5. (See *People* v. *Weaver*, 188 App. Div. 395, 400; 401.)

The judgment should be reversed, the information dismissed, fine remitted and license restored.

McAvoy and O'MALLEY, JJ., concur; MERRELL and FINCH, JJ., dissent and vote to affirm.

Judgment reversed, the information dismissed, the fine remitted and license restored.